# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| KARUN N. JACKSON, | ) | |
| URSULA D. JACKSON, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | CV-2016-0062 |
| BANK OF NEW YORK MELLON, | ) | |
| BANK OF AMERICA, N.A., | ) | |
| SPECIALIZED LOAN | ) | |
| SERVICING LLC, MORTGAGE | ) | |
| ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Karun Jackson and Ursula Jackson, Plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from the from the order dismissing the Plaintiffs' First Amended Complaint, docket #45, entered in this action on the 15th day of September 2016. Plaintiff appeals the following orders of the court: Docket #45, ORDER ADOPTING docket number 39, REPORT AND RECOMMENDATION Dismissing action in its entirety against Specialized Loan Servicing, LLC, Bank of New York Melon, & Mortgage Electronic Registration Systems; docket # 49 entered on October 4, 2016 as it relates to the dismissal with prejudice of the entire

1

case as to Plaintiff' claims against Specialized Loan Servicing, LLC, Bank of New York Mellon, and Mortgage Electronic Registration Systems; and docket #45 wherein the court denied the Plaintiff leave to file a second amended complaint.

Respectfully submitted this 15th day of October, 2016.

## CERTIFICATE OF SERVICE

This is to certify that on this the 15th day of October 2016, a copy of the forgoing notice of appeal has been served upon counsel for all parties to this proceeding by U.S. Mail, postage prepaid.

Ryan James Hebson
420 20th Street North, Suite 3400
Birmingham, AL 35203

James Jackson Hill , IV
Bradley Arant Boult Cummings
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

     /s/ Kenneth J Lay
      Kenneth Lay